

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-18-00874-CV

**CONTINENTAL MOTORS, INC.,**
Appellants

v.

**ENGINE COMPONENTS INTERNATIONAL, INC.,**
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11291
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's reply brief is due on April 18, 2019. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for a twenty-day extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on May 8, 2019. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court